AO108(2/90) Application for Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of

**All funds** up to the amount of $148,000.00 contained in A.G. Edwards Investment Account Number xx-xxxxx7-111, held in the name of Afsaneh Tehrani and Jahangir Tehrani, 1 North Jefferson, 10th Floor, St. Louis, Missouri 63103.

**APPLICATION AND AFFIDAVIT FOR SEIZURE WARRANT**

CASE NUMBER:

I Brandon Kealiher being duly sworn depose and say:

I am a(n) Special Agent of the Federal Bureau of Investigation and have reason to believe that within the jurisdiction of this Court there is now certain property which is subject to forfeiture to the United States, namely all funds up to the amount of $148,000.00 contained in A.G. Edwards Investment Account Number xx-xxxxx7-111, held in the name of Afsaneh Tehrani and Jahangir Tehrani, which is proceeds traceable to or derived from violations of Title 18 United States Code, § 1347, Health Care Fraud, and violations of 18 U.S.C. § 1035, False Statements Regarding Health Care Matters, and are therefore subject to seizure and forfeiture under 18 U.S.C. §§ 981(a)(1)(A) and (C) as property, real or personal, which constitutes or is derived from proceeds traceable to violations of 18 U.S.C. § 1347 (Health Care Fraud) and 18 U.S.C. § 1035, (False Statements Regarding Health Care Matters) (specified unlawful activities), and as property, real or personal, involved in a transaction in violation of 18 U.S.C. §§ 1956 or 1957, or any property traceable to such property. The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    **X** YES    ☐ NO

Brandon Kealiher, Special Agent
Federal Bureau of Investigation
(202) 278-2318

Sworn to before me, and subscribed in my presence

_____    at Washington, D.C.
Date

_____    _____
Name and Title of Judicial Officer    Signature of Judicial Officer