AO109(2/90)Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of

**All funds** up to the amount of $148,000.00
contained in A.G. Edwards Investment
Account Number
held in the name of Afsaneh Tehrani and
Jahangir Tehrani, 1 North Jefferson,

**SEIZURE WARRANT**

CASE NUMBER: 06 - 350 - M - 01

TO: _SA Brandon Kealiher_ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent Brandon Kealiher_ who has reason to believe that within the jurisdiction of this Court there is now certain property which is subject to forfeiture to the United States, namely all funds up to the amount of $148,000.00 contained in A.G. Edward Investment Account Number
held in the name of Afsaneh Tehrani and Jahangir Tehrani.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

`2006`

Date and Time Issued  ALAN KAY
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

at Washington, D. C.

Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 08/03/2006 | 08/03/2006 | Kristi Johnson |

**INVENTORY MADE IN THE PRESENCE OF**

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

One (1) certified check for $148,000.00 USD made payable to "United States Marshals Service."
(The check was received by the FBI on 11/15/2006.)

**FILED**

NOV 28 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature]*

Subscribed, sworn to, and returned before me this date.

*[signature]*
U.S. Judge or U.S. Magistrate Judge

11-28-06
Date